

# McCARTER & ENGLISH
### ATTORNEYS AT LAW

August 18, 2009

VIA ELECTRONIC FILING

Office of the Clerk
United States District Court
  for the District of New Jersey
M.L. King, Jr. Federal Building
  and U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

**Zane Riester**
Associate
T. 973.639.8468
F. 973.297.3946
zriester@mccarter.com

Re:  Sonya R. Perry v. Zimmer Holdings, Inc.
     Civil Action No. 2:09-cv-03744 (SDW) (MCA)

We represent defendant Zimmer Holdings, Inc. in this matter.  Please be advised that the clerk's extension filed on August 14, 2009 pursuant to Local Civil Rule 6.1 was inadvertently filed.  To date, service has not yet been effected on Zimmer Holdings, Inc. and thus no deadline to answer has been triggered.  We kindly ask that this extension be removed and the docket appropriately revised.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

We apologize for any inconvenience.  Please contact us if you have any questions.

Sincerely,

s/ Zane Riester

Zane Riester

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

cc:  Christopher A. Seeger, Esq. (via ECF)
     James E. Cecchi, Esq. (via ECF)

ME1 8919656v.1