Christopher A. Seeger
SEEGER WEISS LLP
500 Broad Street, Suite 920
Newark, New Jersey 07102
(973) 639-9100

James E. Cecchi
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
5 Becker Farm Rd.
Roseland, New Jersey 07068
(973) 994-1700

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SONYA R. PERRY,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ZIMMER HOLDINGS, INC.<br><br>　　　　　　　Defendant. | Civil Action No. 09-3744(SDW)<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiff in the above matter.

　　　　　　　　　　　　　　　　　CARELLA, BYRNE, BAIN, GILFILLAN,
　　　　　　　　　　　　　　　　　CECCHI, STEWART & OLSTEIN
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff


　　　　　　　　　　　　　　　　　By:　　/s/ Lindsey H. Taylor
　　　　　　　　　　　　　　　　　　　　LINDSEY H. TAYLOR

Dated: September 24, 2009